```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

55 CONSTRUCTION CORP.,                :

        Plaintiff,             :

   - against -                    :         **ORDER**

U.S. UNDERWRITERS INSURANCE CO.       :         08 Civ. 4242 (DC)
d/b/a UNITED STATES LIABILITY
INSURANCE GROUP,                      :

        Defendant.             :

- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

      This action is discontinued without prejudice to reinstatement upon the request of either side within sixty days after the restoration of the underlying case, Index No. 38516/2006, filed in the Supreme Court of New York, Kings County.

      SO ORDERED.

Dated:   New York, New York
        June 27, 2008

                                  DENNY CHIN
                                United States District Judge